Adam S. Paris (SBN 190693)
parisa@sullcrom.com
Jackson S. Trugman
trugmanj@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800

*Attorneys for Specially Appearing*
*Defendant Freedom Foods Pty Limited*

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE DIAMOND GROWERS, a California corporation, | Case No. 2:20-cv-01932-KJM-AC |
| Plaintiff, | **JOINT STIPULATION PURSUANT TO LOCAL RULE 144(A) REGARDING DEADLINE TO RESPOND TO COMPLAINT AND ORDER** |
| v. | |
| FREEDOM FOODS PTY LTD., an Australian proprietary limited company, | Judge:   Hon. Kimberly J. Mueller |
| Defendant. | |

SULLIVAN & CROMWELL LLP

16993461.2

1          Specially Appearing Defendant Freedom Foods Pty Limited ("FFPL")

2   and Plaintiff Blue Diamond Growers ("Blue Diamond" and together, the

3   "Parties"), have conferred by and through their counsel pursuant to E.D. Cal. Loc.

4   R. 144(a) and HEREBY STIPULATE AS FOLLOWS:

5          WHEREAS, Blue Diamond commenced an arbitration (the

6   "Arbitration") against FFPL on September 25, 2020;

7          WHEREAS, Blue Diamond also commenced this related action by

8   filing its Complaint (ECF No. 1) on September 25, 2020, and served FFPL with a

9   Summons (ECF No. 3) pursuant to the Hague Convention on September 30, 2020;

10          WHEREAS, FFPL commenced an action (the "Australia Action")

11   against Blue Diamond in the Federal Court of Australia on September 29, 2020;

12          WHEREAS, FFPL contests the validity of jurisdiction, venue, process

13   and service of process in this matter;

14          WHEREAS, counsel have met and conferred concerning FFPL's time

15   to respond to Blue Diamond's Complaint in this action;

16          WHEREAS, the Parties have agreed pursuant to Local Rule 144(a)

17   that FFPL shall have until November 20, 2020, to respond to Blue Diamond's

18   Complaint;

19          WHEREAS, the Parties have also agreed that, if FFPL files a motion

20   to dismiss in response to Blue Diamond's Complaint, the hearing on the motion

21   shall be scheduled for January 22, 2021; Blue Diamond's deadline to file

22   opposition papers shall be January 5, 2021; and FFPL's deadline to file reply

23   papers shall be January 15, 2021 and

24          WHEREAS, all parties who have appeared in the action and are

25   affected by the stipulation are signatories hereto;

26          Accordingly, IT IS HEREBY STIPULATED by and between the

27   Parties, through their respective counsel of record, that:

28                 -1-

JOINT STIPULATION RE DEADLINE TO RESPOND TO COMPLAINT AND ORDER    CASE NO. 2:20-cv-01932-KJM-AC

1.     Specially appearing defendant FFPL shall have through and including November 20, 2020 to file its response to Blue Diamond's Complaint. If FFPL files a motion to dismiss in response to Blue Diamond's Complaint, the hearing on the motion shall be scheduled for January 22, 2021; Blue Diamond's deadline to file opposition papers shall be January 5, 2021; and FFPL's deadline to file reply papers shall be January 15, 2021

2.     Nothing in this Stipulation is intended, or shall be deemed, to waive or otherwise prejudice any Party's rights, claims, defenses, motions or objections (whether to jurisdiction, service, or otherwise) in this action, in the Arbitration, or in the Australia Action.  By entering into this stipulation, FFPL does not intend to and does not make a general appearance.

Dated:   October 30, 2020                    Respectfully submitted,

/s/ Adam S. Paris

Adam S. Paris (SBN 190693)
parisa@sullcrom.com
Jackson S. Trugman (SBN 295145)
trugmanj@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1888 Century Park East
Los Angeles, California 90067
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800

*Attorneys for Specially Appearing*
*Defendant Freedom Foods Pty*
*Limited*

Michael F. Donner (SBN 155944)
mdonner@hansonbridgett.com
Anthony J. Dutra (SBN 277706)
adutra@hansonbridgett.com
**HANSON BRIDGETT LLP**
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

*Attorneys for Plaintiff*
*Blue Diamond Growers*

SULLIVAN & CROMWELL LLP

16993461 2

**Order**

The court grants the parties' request for an extension of time. Defendant FFPL shall file its response to the complaint on or before November 20, 2020.

IT IS SO ORDERED.

DATED:  November 6, 2020

_____

CHIEF UNITED STATES DISTRICT JUDGE

-3-

SULLIVAN & CROMWELL LLP

16993461 2